# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **KENNEDY GITHAIGA WANYOIKE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **Civil Action Number** |
| vs. ) | **4:11-CV-4070-VEH-JEO** |
| ) | |
| **ERIC HOLDER,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On December 1, 2011, the petitioner, Kennedy Githaiga Wanyoike, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal to Kenya. (Doc. 1).

On December 29, 2011, the respondents moved to dismiss the petition as moot because the United States Immigration and Customs Enforcement ("ICE") released Wanyoike from its custody on December 21, 2011. (Doc. 3). In support, the respondents submitted a declaration of Gerald Smith, the Assistant Field Office Director of the ICE facility in Gadsden, Alabama, stating that ICE had released Wanyoike from its custody pursuant to an Order of Supervision. (Doc. 3-1).

Because it is evident that Wanyoike is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE** this the 5th day of January, 2012.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge